UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 409- DMS |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 290 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jimenez-Orozco | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District/~~Magistrate Judge,   Ruben B Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Dis~~posed / Order of Court).

Rigoberto Ruiz - Perez

DATED: 2/19/08

RECEIVED _____
DUSM

Ruben B Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk