UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 409-DMS |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 290 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jimenez - Orozco | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

**Nestor Manzano - Canelo**

DATED: **2/19/08**

**Ruben B Brooks**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk